IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSEPH GRECO,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CASEY; SCOTIA INTERNATIONAL OF NEVADA, INC.; MAX BARBER; and SION TRADING FZE<br><br>    Defendants. | **DEFAULT JUDGMENT**<br><br>Case No. 2:20-cv-00610-JNP-CMR<br><br>District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Joseph Greco and against defendants Scotia International of Nevada, Inc., Max Barber, and SION Trading FZE, jointly and severally, in the principal amount of $4,000,000, plus prejudgment interest in the amount of $1,606,575.34, for a total amount of $5,606,575.34.

DATED June 8, 2023.

BY THE COURT

Jill N. Parrish
United States District Court Judge