THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSEPH J. GRECO,<br><br>    *Plaintiff*,<br><br>v.<br><br>SUBGALLAGHER INVESTMENT TRUST, et al<br><br>    *Defendants*. | **WRIT OF EXECUTION**<br><br>Case No. 2:20-cv-00610-JNP-CMR<br><br>District Judge: Jill N. Parrish<br><br>Magistrate Judge: Cecilia M. Romero |

TO THE SHERIFF OR CONSTABLE OF SALT LAKE COUNTY, STATE OF UTAH:

1. A judgment has been entered in the above-captioned case against the judgment debtors, Defendants Scotia International of Nevada, Inc., Max Barber, and SION Trading FZE, and in favor of Plaintiff Joseph J. Greco in the total amount of $5,606,575.34.

2. You are directed to seize and sell enough of the judgment debtors' non-exempt property described in paragraph 2 of the Application for Writ of Execution to satisfy that amount.

3. You are directed to serve this Writ and all attachments on the individuals named in paragraph 3 of the Application for Writ of Execution.

4. You are to return this Writ within 10 days after receiving it, with a signed account of your actions in executing this Writ.

Clerk of the District Court

By: _____
Deputy Clerk